**THIRD DIVISION**
**MILLER, RAY and BRANCH, JJ.**

**NOTICE:** Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules/

**January 16, 2014**

# In the Court of Appeals of Georgia

A12A1347. SHELDON B. JOHNSON, ET AL. v. PRICE PAUL   061
OMONDI, ET AL.

R<small>AY</small>, Judge.

In *Johnson, et al. v. Omondi, M.D., et al.*, (Case No. S13G0553, decided November 14, 2013), the Supreme Court reversed the judgment of this Court in *Johnson v. Omondi*, 318 Ga. App. 787 (736 SE2d 129) (2012). We therefore vacate our opinion and adopt the judgment of the Supreme Court as the opinion of this court.

*Judgment affirmed. Miller and Branch, JJ., concur.*